UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : Case No. 03-19893
: (Chapter 7: Judge Aug)
THOMAS A. NAHAS :
DORIS E. NAHAS :
Debtor(s) :
:

## NOTICE TO THE CLERK OF UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $ 369.49 represents funds which were paid to CSLF OSI Education Services, Box 9064, Dublin, OH 43017 but said check has been returned to the Trustee stating that the account has been closed.. The funds are being paid into the Registry Fund because the check was returned to the Trustee. We are, therefore, paying this amount to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to this amount is as follows:

| Creditor | Claim No. | Dividend |
|---|---|---|
| CSLF OSI EDUCATION SERVICES<br>Box 9064<br>Dublin, OH 43017 | 11 | 369. 49 |
| Total | | $369.49 |

Dated: August 26. 2009

/s/Mark Alan Greenberger
Mark Alan Greenberger
Trustee

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon Monica Kindt, Assistant U.S. Trustee, Room 2030, 36 E. 7th Street, CBLD Building, Cincinnati, OH 45202, by regular U.S. Mail, postage prepaid, or by electronic filing this 26th day of August, 2009.

/s/Mark Alan Greenberger
Mark Alan Greenberger
Trustee

kgn 245217

Claim 0000

BANK OF AMERICA, N.A.
CUSTOMER CONNECTION
32-1/1110 TX 0

Mark Alan Greenberger, Trustee
105 E. 4th St., 4th Floor
Cincinnati, OH 45202

CHECK NUMBER **1029**

| DATE | AMOUNT |
|---|---|
| 08/26/09 | *********369.49 |

**2182824**

PAY TO THE ORDER OF

UNITED STATES BANKRUPTCY Ct. Clerk
221 East Fourth Street, Suite 800
Cincinnati, OH 45202

| CASE NUMBER | ESTATE OF |
|---|---|
| 03-19893   AUG | Debtor: NAHAS, THOMAS A |
| | Joint Debtor: NAHAS, DORIS E |

*Three Hundred Sixty Nine Dollars And 49/100*

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001029⑈ ⑆111000012⑆ 4429697388⑈

---

| Date: 08/26/09 | Check Number: 1029 | Amount: 369.49 |
|---|---|---|
| Case Number: 03-19893   AUG  Debtor Name: NAHAS, THOMAS A | | |

| Paid To: | **UNITED STATES BANKRUPTCY Ct. Clerk**<br>**221 East Fourth Street, Suite 800**<br>**Cincinnati, OH 45202** | Trustee: | Mark Alan Greenberger, Trustee<br>105 E. 4th St., 4th Floor<br>Cincinnati, OH 45202 |
|---|---|---|---|

Description: Claim 000011, Payment 35.77556%

Bank Account Number: 4429697388