UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : Case No. 03-19893
:
NAHAS, THOMAS A. :
NAHAS, DORIS E. : Judge Aug
:
    Debtor(s) :

## NOTICE TO THE CLERK OF UNCLAIMED FUNDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $ 75.13 represents funds which were paid to United Collection Bureau, Inc., 2912 Springboro West, Suite 202, Dayton, OH 45439, but said check was never paid by the Bank nor returned to the undersigned. The funds are being paid into the Registry Fund because the check has never been returned to the Trustee as being undeliverable by the Post Office. We are, therefore, paying this amount to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to this amount is as follows:

| Creditor | Claim No. | Dividend |
|---|---|---|
| United Collection Bureau, Inc.. 2912 Springboro West, Suite 202 Dayton, OH 45439e South | 24 | 75.13 |
| Total | | $75.13 |

Dated:  December 3, 2009

/s/Mark Alan Greenberger
Mark Alan Greenberger
Trustee
105 E. 4th St., Suite 400
Cincinnati, OH 45202
Phone #:  513-721-1135
Fax #:  513-345-2585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served upon Monica Kindt, Assistant U.S. Trustee, Room 2030, 36 E. 7th Street, CBLD Building, Cincinnati, OH 45202, by regular U.S. Mail, postage prepaid, or by electronic filing this 2nd day of December, 2009.

/s/Mark Alan Greenberger
Mark Alan Greenberger
Trustee

kgn 260993